

| | | | |
|---|---|---|---|
| Com. v. Gonzalez | 1629 MDA 2015<br>Affirmed | 06/22/2016 | CP–36–CR–0005599–2013<br>(Lancaster) |
| Com. v. Moxley | 1757 MDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 06/22/2016 | CP–28–CR–0000229–2013<br>CP–28–CR–0002344–2013<br>CP–28–CR–0002359–2013<br>(Franklin) |
| Com. v. Strausser | 1840 MDA 2015<br>Affirmed | 06/22/2016 | CP–19–CR–0000381–2009<br>CP–19–CR–0000517–2009<br>(Columbia) |
| Com. v. Ramer | 2114 MDA 2015<br>Affirmed | 06/22/2016 | CP–55–SA–0000021–2015<br>(Snyder) |
| Com. v. Hepler | 2241 MDA 2015<br>Affirmed | 06/22/2016 | CP–49–CR–0000392–2006<br>(Northumberland) |
| Com. v. Polzer | 298 WDA 2015<br>Affirmed | 06/22/2016 | CP–02–CR–0013546–2008<br>(Allegheny) |
| Com. v. Martin | 1371 WDA 2015<br>Affirmed | 06/22/2016 | CP–65–CR–0003982–2013<br>(Westmoreland) |
| Com. v. Nelson | 1624 WDA 2015<br>Affirmed | 06/22/2016 | CP–20–CR–0000634–2014<br>(Crawford) |
| Com. v. Saunders | 2863 EDA 2015<br>Affirmed | 06/23/2016 | CP–15–CR–0003260–2010<br>(Chester) |
| Com. v. Thomas | 3191 EDA 2015<br>Affirmed | 06/23/2016 | CP–51–CR–1004712–1990<br>(Philadelphia) |
| Reyes v. Hawk | 3711 EDA 2015<br>Affirmed | 06/23/2016 | 2015–C–1342<br>(Lehigh) |
| Com. v. Adams | 275 MDA 2015<br>Affirmed | 06/23/2016 | CP–14–CR–0001387–2007<br>(Centre) |
| Com. v. Adams | 276 MDA 2015<br>Affirmed | 06/23/2016 | CP–14–CR–0000484–2008<br>(Centre) |
| Com. v. Adams | 277 MDA 2015<br>Affirmed | 06/23/2016 | CP–14–CR–0000781–2008<br>(Centre) |
| Com. v. Barlow | 1429 MDA 2015<br>Affirmed | 06/23/2016 | CP–22–CR–0000042–1968<br>(Dauphin) |